UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00166-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **AMUR MASHUG EL,** | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on defendant's Motion to Suppress and Motion to Withdraw Motion. For cause, defendant shows that the government has responded to the Motion to Suppress and therein indicated that it "does not intend to introduce into evidence, in its case-in-chief, the statements or recordings referenced in the Defendant's Motion to Suppress." Defendant states that such renders its motion moot and that a hearing is no longer needed. The Court concurs. Having considered defendant's motions and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Withdraw Motion (#49) is **GRANTED**, the Motion to Suppress (#45) is **TERMINATED** as moot, and the March 19, 2018, evidentiary hearing is **CANCELLED**.

Signed: March 16, 2018



Max O. Cogburn Jr.
United States District Judge

1