UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00166-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **AMUR MASHUG EL,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Warden's Request for an Extension of Time. Having considered the Warden's request, and finding that an increase in caseload at FMC Lexington supports the additional time, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Warden's Request for an extension of 30 days is **ALLOWED**, and the time for completion of the evaluation is **ENLARGED** by 30 days, all in accordance with 18 U.S.C. § 4247.

The Clerk of Court is instructed to send a copy of this Order to the Warden Quintana via Fax at (859) 253-8873.

Signed: April 23, 2018



Max O. Cogburn Jr
United States District Judge

1