UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-CR-166-MOC-DSC-1

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | )<br>)<br>) |
| Vs. | ) ORDER<br>) |
| **AMUR MASHUG EL**, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on the Government's unopposed Motion to Continue Trial. (Doc. No. 100).

Before the Court rules on the motion to continue, the Court will require defense counsel to submit a written statement, within (3) three days, attesting that defendant consents to the continuance of trial in this matter and that he understands and waives his rights under the Speedy Trial Act.

**IT IS SO ORDERED.**

Signed: September 4, 2019

Max O. Cogburn Jr
United States District Judge

1