UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO: 3:16-CR-00166-MOC-DSC-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| AMUR MASHUG EL, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se motions, labeled "Terminating Attorney-Client Relationship" (#105) and "Entry of Appearance and Notice of Acceptance for 6th Amendment Assistance of Council" (#116), whereby he purports to terminate counsel and request new assistance because counsel did not "have a defense for [him]." (#115). Defendant terminated his last attorney for precisely the same reason. (#92). The pending motions were filed on the eve of trial, so the Court held a hearing before commencement. Finding the motions were an attempt to delay trial, the Court stated Defendant could proceed pro se or with current counsel, but that the trial would proceed regardless of his decision. After conferring with his attorney, Defendant indicated he wished to proceed with counsel. Thus, the Court enters the following order.

### ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's motions, titled "Terminating Attorney-Client Relationship" (#105) and "Entry of Appearance and Notice of Acceptance for 6th Amendment Assistance of Council" (#116), are each **DENIED** as **MOOT.**

Signed: December 3, 2019

Max O. Cogburn Jr.
United States District Judge