UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-CR-00166-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| AMUR MASHUG EL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendant's Renewed Motion to Amend Conditions of Release to remove the condition of home confinement. See Doc. No. 133. On July 15, 2020, Defendant pleaded guilty to Count Two of the indictment in this matter, which asserted that he filed and attempted to file a false lien and encumbrance against the real and personal property of a federal official, in violation of 18 U.S.C. § 1521. See Doc. Nos. 1, 138. After his guilty plea, Defendant renewed his motion to modify conditions of release, and the Government indicated it did not oppose the motion. For good cause shown, the Court will grant the motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Renewed Motion to Amend Conditions of Release, Doc. No. 133, is **GRANTED**, and Defendant's home confinement condition is **REMOVED**. Defendant shall otherwise abide by all previously imposed conditions, including electronic monitoring.

Signed: July 17, 2020

Max O. Cogburn Jr
United States District Judge